**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01484-CBS

LINDA RENEAU,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC., a Florida corporation,

    Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED at Denver, Colorado, on August 7, 2014.

    BY THE COURT:

    *s/Craig B. Shaffer*
    Craig B. Shaffer
    United States Magistrate Judge